[L. A. No. 7447. In Bank.—April 20, 1923.]

R. R. CRABTREE, Respondent, v. W. H. HOUGHTON, Appellant.

[1] COSTS — EXHIBIT—PREPARATION OF MAP—IMPROPER ITEM.—The cost of a map prepared at the sole instance of a party to an action and not at the request of or under the directions of the trial court nor by stipulation of the parties, for use and used as an exhibit, is not a proper item to be taxed as costs.

APPEAL from an order of the Superior Court of Los Angeles County refusing to strike out an item from cost bill. Charles S. Crail, Judge. Reversed.

The facts are stated in the opinion of the court.

Charles J. Kelly for Appellant.

J. Vernon Givan for Respondent.

WILBUR, C. J.—This is an appeal from an order of the trial court refusing to strike from the cost bill of the plaintiff an item of $26.75 paid by the plaintiff for making a map introduced as Plaintiff's Exhibit 7 upon the trial of the action.

It was stipulated by the parties that the map referred to in the item was prepared for use as an exhibit and was in fact so used, and that the sum paid therefor was fair and reasonable and that the map was not prepared at the request of or under the directions of the trial court nor by stipulation of either of the parties, but was made at the sole instance of the plaintiff in said action. **[1]** The court should have granted the defendant's motion to strike out this item upon the authority of *Bathgate* v. *Irvine*, 126 Cal. 135 [77 Am. St. Rep. 158, 58 Pac. 442].

The court is directed to modify the judgment by striking out the item of $26.75 costs, appellant to have his costs on appeal.

Lennon, J., Lawlor, J., Seawell, J., Myers, J., and Kerrigan, J., concurred.